JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAMUEL VELASCO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 2:18-CV-07880 MWF (SKx)<br><br>Complaint Filed: August 7, 2018<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL OF ACTION** |

Upon review of the Motion for Dismissal of Action and finding the relief requested appropriate, IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice.

DATE: June 1, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

1
**ORDER ON JOINT MOTION FOR DISMISSAL OF ACTION**